**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 11-00463-PHX-FJM |
| Plaintiff, ) | **ORDER AND DEFAULT JUDGMENT** |
| vs. ) | |
| 1. $34,830.60 in United States Currency; ) | |
| 2. One Cadillac Escalade with VIN: ) 1GYFK66888R144806; ) | |
| 3. $30,000.00 in United States Currency, ) | |
| Defendants. ) | |

We have before us plaintiff's motion for default judgment (doc. 16). We issued an order on March 31, 2011, pursuant to the stipulation of plaintiff and claimant Jean Claude Kasongo, allowing claimants an extension of time to file a claim and answer (doc. 10). We set April 15, 2011 as the deadline for filing a claim and May 6, 2011 as the deadline for filing an answer. Claimants did not file either document. The clerk entered default against defendants on July 15, 2011 for failure to appear or otherwise respond (doc. 15). Plaintiff now moves, pursuant to Rule 55(b), Fed. R. Civ. P., for default judgment.

There is no just reason for delaying entering judgment against the defendant property, and we find that service of process has been duly made in accordance with law and that no parties, including Jean Claude Kasongo, have pled, answered or otherwise appeared in these

proceedings. We further find from an examination of the record that the allegations of the verified Complaint are true.

Accordingly, **IT IS ORDERED GRANTING** plaintiff's motion for default judgment (doc. 16).

**IT IS FURTHER ORDERED** that the interest of Jean Claude Kasongo, and all others in defendants further described as: $34,830.60 in United States Currency; One Cadillac Escalade with VIN: 1GYFK66888R144806, and; $30,000.00 in United States Currency, are hereby forfeited to the United States of America, in accordance with 18 U.S.C. § 981(a)(1)(A) and (C).

**IT IS FURTHER ORDERED** that the defendants be disposed of according to law by the United States Marshals Service.

DATED this 29th day of September, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

(cc: USMS)